# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Otis Erisman,                                          :
                              Appellant    :
                                                      :
        v.                                            :
                                                      :
Commonwealth of Pennsylvania,              :
Department of Transportation,              :
Bureau of Driver Licensing                 :         No. 1030 C.D. 2015

# **O R D E R**

NOW, May 10, 2016, upon consideration of appellant's "application for argument and reconsideration" and appellee's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge